# Exhibit 5

IN THE CRIMINAL COURT FOR DAVIDSON COUNTY, TENNESSEE
DIVISION II

| | |
|---|---|
| OSCAR SMITH<br>Petitioner<br><br>vs.<br><br>STATE OF TENNESSEE<br>Respondent | )<br>)<br>)<br>)  Case No.: 89-F-1773<br>)  **Death Penalty Post-Conviction**<br>)  **Execution Date: April 21, 2022**<br>)<br>) |

## ORDER DENYING "MOTION TO RECONSIDER"

Upon careful and due consideration of the Petitioner's motion to reconsider, the motion is respectfully **DENIED**.

IT IS SO ORDERED this the 12th day of April, 2022.

_____
Angelita Blackshear Dalton
Criminal Court Judge, Division II

cc: Ms. Amy Harwell and Ms. Katherine Dix
Office of the Federal Public Defender
By email: Amy_Harwell@fd.org
By email: Katherine_Dix@fd.org

Mr. Glenn Funk
District Attorney General
By email: GlennFunk@jisnashville.gov

Office of the Tennessee Attorney General
By email: tnattygen@ag.tn.gov

Jason Steinle
Capital Case Attorney
Tennessee Court System
By email: jason.steinle@tncourts.gov