# Exhibit 9

IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

OSCAR SMITH v. STATE OF TENNESSEE

FILED
APR 18 2022
Clerk of the Appellate Courts
Rec'd By LMM

Criminal Court for Davidson County
No. 89-F-1773

No. M2022-00455-SC-R11-PD

ORDER

Upon consideration of the application for permission to appeal of Oscar Smith and the record before us, the application is denied.

PER CURIAM