**Exhibit 10**

Office of the
District Attorney General

Criminal Division
20th Judicial District
Davidson County

Room 102
Metropolitan Courthouse
Nashville, TN 37201-5020

(615) 862-5500
FAX (615) 862-5599

August 13, 1990



Victor S. Johnson III
District Attorney General

Robert Kirchner
Chief of Police
Metropolitan Police Department
Metropolitan Justice Center
Nashville, Tennessee 37201

                          RE: State of Tennessee
                                 vs.
                                 Oscar Frank Smith
                                 Case No: 89-F-1773
                                 CPN: 89-254932, 89-255324 and
                                        89-255325

Dear Chief Kirchner:

    On July 25, 1990, Oscar Frank Smith was found guilty of three (3) counts of Murder in the First Degree by a jury in Division II of the Criminal Court for Davidson County. On July 26, 1990, the same jury sentenced the defendant to death in all three (3) counts. The victims in this case were Judith Smith and her two (2) children, Chad and Jason Burnett. They were found at their home at 324 Lutie Street on October 2, 1989. As you may recall, one of the children, Jason, placed a "911" call during the course of the murders on October 1, 1989 at approximately 11:22 P.M. The "911" call became an important piece of evidence against Mr. Smith.

    Our purpose in writing is to advise you again of the hard work and dedication of all of the members of the Murder Squad and Major Crime Unit of the Identification Section. Their efforts changed a weak circumstantial case into a strong circumstantial case which left no doubt in the jury's minds that the defendant was the perpetrator of these horrible crimes. The case was assigned to Detective Terry McElroy; however, he received tremendous support from Detectives Mike Smith, Larry Flair, Bill Pridemore, Ed Moran, Grady Eleam, Pat Postiglione, Sgt. Robert Moore, and E.J. Bernard. Sgt. Johnny Hunter, of the ID Section using an alternative light source, was able to identify a bloody

007114

OSDA-020300-4554

Chief Robert Kirchner
Chief of Police
RE: Oscar Frank Smith, 89-F-1773
August 13, 1990
Page Two

palm print placed on the bed sheet beside the body of Judith Smith as belonging to the defendant. The palm print was the most important piece of evidence presented to the jury, and Sgt. Hunter's articulate and professional testimony regarding his observations and opinions was very impressive to all courtroom observers, in addition to the jury.

Additional recognition should be given to Frank Leggett of the Communications Center for his assistance in locating the "911" call and his testimony regarding the recording system utilized by the Police Department.

We greatly appreciate being able to work with the officers from the initial crime scene to the verdict. Successful prosecution of dangerous offenders in difficult and complicated cases is a direct result of the cooperation between our office and the Police Department.

Sincerely,

Tom Thurman
Deputy District Attorney General

Cheryl Blackburn
Deputy District Attorney General

CB/rbd

007115
OSDA-020300-4555