IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OSCAR SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL LEE, in his official capacity as ) <br> Governor of the State of Tennessee, ) <br> ) <br> HERBERT SLATERY, in his official ) <br> capacity as the Attorney General of the ) <br> State of Tennessee, ) <br> ) <br> LISA HELTON, in her official capacity ) <br> as the Interim Commissioner of the ) <br> Tennessee Department of Correction, ) <br> ) <br> TONY MAYS, in his official capacity as ) <br> Warden, Riverbend Maximum Security ) <br> Institution, ) <br> ) <br> Defendants. ) | CAPITAL CASE <br><br> Case No. 3:22-cv-00280 <br> Judge Aleta A. Trauger <br><br> EXECUTION SCHEDULED: <br><br> April 21, 2022 |

## ORDER

The plaintiff has filed an Emergency Motion for Temporary Restraining Order (Doc. No. 3) without complying with Rule 65(b)(1)(A) and (B), Federal Rules of Civil Procedure. This motion will be held in abeyance until the plaintiff complies with that rule.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge