IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OSCAR SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL LEE, in his official capacity as ) <br> Governor of the State of Tennessee, ) <br> ) <br> HERBERT SLATERY, in his official ) <br> capacity as the Attorney General of the ) <br> State of Tennessee, ) <br> ) <br> LISA HELTON, in her official capacity ) <br> as the Interim Commissioner of the ) <br> Tennessee Department of Correction, ) <br> ) <br> TONY MAYS, in his official capacity as ) <br> Warden, Riverbend Maximum Security ) <br> Institution, ) <br> ) <br> Defendants. ) | CAPITAL CASE <br><br> Case No. 3:22-cv-00280 <br> Judge Aleta A. Trauger <br><br> EXECUTION SCHEDULED: <br><br> April 21, 2022 |

## ORDER

The defendants received the filings in this case last evening (Doc. No. 9). It is therefore ORDERED that the defendants shall respond to the Emergency Motion for Temporary Restraining Order (Doc. No. 3) by 5:00 p.m. today, April 19, 2022. The Clerk shall send a copy of this Order to counsel for the defendants by email.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge