IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OSCAR SMITH ) | |
| ) | |
| Plaintiff ) | |
| ) | **CAPITAL CASE** |
| v. ) | |
| ) | No. 3:22-cv-00280 |
| BILL LEE, in his official capacity as ) | |
| Governor of the State of Tennessee ) | |
| ) | |
| HERBERT SLATERY, in his official capacity ) | |
| as the Attorney General of the ) | |
| State of Tennessee ) | |
| ) | |
| LISA HELTON, in her official capacity ) | |
| as the Interim Commissioner of the ) | **EXECUTION SCHEDULED:** |
| Tennessee Department of Correction, ) | |
| ) | **APRIL 21, 2022** |
| TONY MAYS, in his official capacity as ) | |
| Warden, Riverbend Maximum Security ) | |
| Institution, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CLARIFICATION AS TO TRO EXHIBITS**

The documents labeled in CM-ECF as exhibits to Docket Number 1—the Complaint—are instead exhibits to the Emergency Motion and Memorandum in Support of Temporary Restraining Order, Docket Number 3 ("TRO"). The Complaint was filed at the same time as the TRO and the TRO exhibits. As a result, the CM-ECF system wrongly assigned the exhibits to the Complaint rather than to the TRO as Mr. Smith intended.

Respectfully submitted,

AMY D. HARWELL, BPR #18691
Asst. Chief, Capital Habeas Unit

KATHERINE M. DIX, BPR #22778
Asst. Federal Public Defender

FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE DISTRICT OF
TENNESSEE

810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

BY: /s/ Amy D. Harwell
Counsel for Oscar Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct cpy of the foregoing document was sent to the following via the automated EMCF filing on this the 19th day of April, 2022 to Scott C. Sutherland, Deputy Attorney General; Michael Stahl, Senior Assistant Attorney General; Miranda Jones, Assistant Attorney General P.O. Box 20207, Nashville, Tennessee 37202.

By: /s/ Amy D. Harwell
Counsel for Oscar Smith