# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| OSCAR SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAPITAL CASE |
| | ) | |
| BILL LEE, in his official capacity as | ) | No. 3:22-cv-00280 |
| Governor of the State of Tennessee, | ) | Judge Aleta A. Trauger |
| | ) | |
| HERBERT SLATERY, in his official | ) | |
| as the Attorney General of the | ) | |
| State of Tennessee, | ) | |
| | ) | |
| LISA HELTON, in her official capacity | ) | EXECUTION SCHEDULED |
| as the Interim Commissioner of the | ) | |
| Tennessee Department of Correction, | ) | April 21, 2022 at 7:00 p.m. |
| | ) | |
| TONY MAYS, in his official capacity as | ) | |
| Warden, Riverbend Maximum | ) | |
| Security Institution, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW undersigned counsel and enters his appearance as counsel for Defendants, Bill Lee, Herbert Slatery, Lisa Helton, and Tony Mays. Undersigned counsel requests that he be notified of all pleadings, orders, and correspondence.

    Respectfully submitted,

    HERBERT H. SLATERY III
    Attorney General and Reporter

/s/ *Scott C. Sutherland*
SCOTT C. SUTHERLAND (B.P.R. No. 29013)
Deputy Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7688
Fax: (615) 532-4892
Scott.Sutherland@ag.tn.gov
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, a copy of the foregoing has been filed and served by the Court's electronic filing system to:

Amy D. Harwell
Katherine M. Dix
Office of the Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
*Counsel for Plaintiff*

/s/ *Scott C. Sutherland*
SCOTT C. SUTHERLAND
Deputy Attorney General