IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OSCAR SMITH ) | |
| ) | |
| Plaintiff ) | |
| ) | **CAPITAL CASE** |
| v. ) | |
| ) | No. 3:22-cv-00280 |
| BILL LEE, in his official capacity as ) | |
| Governor of the State of Tennessee ) | |
| ) | |
| HERBERT SLATERY, in his official capacity ) | |
| as the Attorney General of the ) | |
| State of Tennessee ) | |
| ) | |
| LISA HELTON, in her official capacity ) | |
| as the Interim Commissioner of the ) | |
| Tennessee Department of Correction, ) | |
| ) | |
| TONY MAYS, in his official capacity as ) | |
| Warden, Riverbend Maximum Security ) | |
| Institution, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

**TO ALL PARTIES AN TO
THEIR ATTORNEYS OF RECORD:**

TAKE NOTICE that Oscar Smith, Plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,


AMY D. HARWELL, BPR #18691
Asst. Chief, Capital Habeas Unit

KATHERINE M. DIX, BPR #22778

Asst. Federal Public Defender

FEDERAL PUBLIC DEFENDER
FOR THE MIDDLE DISTRICT OF
TENNESSEE

810 Broadway, Suite 200
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265

BY: /s/ Amy D. Harwell
Counsel for Oscar Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the following via the automated EMCF filing on this the 10th day of May, 2022 to Scott C. Sutherland, Deputy Attorney General, P.O. Box 20207, Nashville, Tennessee 37202.

By: /s/ Amy D. Harwell
Counsel for Oscar Smith