**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **OSCAR SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CAPITAL CASE** |
| **v.** | ) | |
| | ) | **Case No. 3:22-cv-00280** |
| **BILL LEE, in his official capacity as** | ) | **Judge Aleta A. Trauger** |
| **Governor of the State of Tennessee,** | ) | |
| | ) | **EXECUTION SCHEDULED:** |
| **HERBERT SLATERY, in his official** | ) | |
| **capacity as the Attorney General of the** | ) | **April 21, 2022** |
| **State of Tennessee,** | ) | |
| | ) | |
| **LISA HELTON, in her official capacity** | ) | |
| **as the Interim Commissioner of the** | ) | |
| **Tennessee Department of Correction,** | ) | |
| | ) | |
| **TONY MAYS, in his official capacity as** | ) | |
| **Warden, Riverbend Maximum Security** | ) | |
| **Institution,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

It is hereby ORDERED that the Clerk shall close this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge